■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHEL LEVI, Appellant. [754 NYS2d 911] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered February 26, 2002, convicting him of sexual abuse in the first degree and endangering the welfare of a child (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed, and the matter is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5).

The defendant's contention that the evidence was legally insufficient to establish his guilt of sexual abuse in the first degree (Penal Law § 130.65 [3]) and endangering the welfare of a child (Penal Law § 260.10 [1]), is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Florio, J.P., Friedmann, Cozier and Mastro, JJ., concur.